1

2                          IN THE UNITED STATES DISTRICT COURT

3                         FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    DERRICK RABBI STRONG,

8                 Plaintiff,                          CV F 04 5331 AWI  WMW   P

9          vs.                                        ORDER

10

11   FOLSOM STATE PRISON,  et al.,

12                Defendants.

13

14

15          On July 5, 2005, findings and recommendations were entered, recommending

16   dismissal of this action for plaintiff's failure to file an amended complaint in compliance with the

17   order of May 24, 2005.  On June 27, 2005, plaintiff filed a first amended complaint.

18   Accordingly, IT IS HEREBY ORDERED that the July 5, 2005, recommendation of dismissal is

19   vacated.

20

21

22

23   IT IS SO ORDERED.

24   **Dated:    August 1, 2005**              _____/s/  **William M. Wunderlich**_____
     mmkd34                                    UNITED STATES MAGISTRATE JUDGE
25

26
                                              1