IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK RABBI STRONG,

    Plaintiff,                               CV F 04 5331 AWI  WMW  P

  vs.                                        ORDER

CSP CORCORAN, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The court has screened plaintiff's May 3, 2006, second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendant Villapueda for exceeive force, in violation of the Eighth Amendment.  Specifically, Plaintiff was advised in the order of June 27, 2006, that the second amended complaint stated a claim against Villapueda, and failed to state a claim as to the remaining defendants.  Plaintiff was granted leave to file a third amended complaint.  Plaintiff failed to file a third amended complaint.

       Accordingly, it is HEREBY ORDERED that:

  1.    Service is appropriate for the following defendants:

        H. Villapueda

1

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed May 3, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two copies of the endorsed second amended complaint filed May 3, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    November 21, 2006**             /s/  **William M. Wunderlich**
mmkd34                                                      UNITED STATES MAGISTRATE JUDGE