IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK RABBI STRONG,

    Plaintiff,                                 CV F 04 5331 AWI WMW   P

    vs.                                            ORDER

CORCORAN STATE PRISON, et al.,

    Defendants.

On December 27, 2006, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to obey a court order. On December 26, 2006, Plaintiff filed the documents requested by the court, complying with the court's order. Accordingly, IT IS HEREBY ORDERED that the December 27, 2006, finding and recommendation is vacated.

IT IS SO ORDERED.

**Dated:   January 10, 2007**                /s/  William M. Wunderlich
j14hj0                                        UNITED STATES MAGISTRATE JUDGE