IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK RABBI STRONG,

      Plaintiff,           CV F 04 5331 AWI WMW P

  vs.                         ORDER RE MOTION (DOC 27)

CSP CORCORAN, et al.,

      Defendants.

      Plaintiff has filed a motion (captioned as findings and recommendations) that sets forth various concerns Plaintiff has with safety and security. Plaintiff appears to request the Court to provide security, "so that I can be transferred and guarded with safety from injustice."

      Plaintiff does not offer any authority for the proposition that the Court can provide the relief that he appears to seek. Further, it is unclear from Plaintiff's submission what he requests from the Court. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for transfer, captioned as findings and recommendations, is denied.

      IT IS SO ORDERED.

**Dated:** September 6, 2007                /s/ William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE