IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK RABBI STRONG,

        Plaintiff,        CV F 04 5331 AWI WMW P

  vs.                      ORDER

H. VILLAPUEDA,

        Defendant.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action against Defendant H. Villapueda. On November 21, 2006, an order was entered, finding that Plaintiff had stated a claim as to Defendant Villapueda. Plaintiff completed and returned to the Court the USM 285 form for service of process.

      The form was returned as unexecuted. On the form, Plaintiff identifies Defendant as H. Villipidia. The return indicates that an H. Padilla works at a different facility.

      The Court will send to Plaintiff another form for service of process. Plaintiff shall clearly identify the Defendant. If Plaintiff can remember any other details that might assist the Court and the Marshal, Plaintiff shall so inform the Couret.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to Plaintiff a USM 285 form for service of process.

1    2.  Plaintiff shall complete and return the USM 285 form to the Court within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   January 29, 2008**            **/s/  William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE