**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant
A. VILLAPUDUA (erroneously sued herein as "H. Villapueda")

## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK STRONG,            )<br>                            )<br>        Plaintiff,          )<br>                            )<br>v.                          )<br>                            )<br>H. VILLAPUEDA,             )<br>                            )<br>        Defendant.         )<br>_____) | Case No: 1:04-cv-5331-AWI-MJS (PC)<br><br>**SUBSTITUTION OF ATTORNEYS<br>FOR DEFENDANT VILLAPUDUA** |

Defendant VILLAPUDUA hereby substitutes the following counsel in place and in stead of the law firm of Manning Marder Kass Ellrod & Ramirez, LLP:

Kathleen J. Williams, CSB #127021
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

///
///
///
///
///
///
///

1  All counsel in this matter are requested to direct all communications to the
2  above-referenced address beginning immediately.
3  I consent to this substitution.

MANNING MARDER KASS ELLROD & RAMIREZ, LLP

Dated: 12/20/10            By:/s/ "Timothy Kral" (original signature retained by counsel)
                              Timothy James Kral,
                              Attorneys for defendant VILLAPUEDA

I consent to this substitution.

Dated: 12/27/10            /s/ "A. Villapudua" (original signature retained by counsel)
                              Defendant A. VILLAPUDUA

I accept this substitution.

Dated: 1/4/11              WILLIAMS & ASSOCIATES

                           By:/s/ Kathleen J. Williams
                              Kathleen J. Williams, CSB #127021

IT IS SO ORDERED.

Dated:   January 4, 2011        /s/ *Michael J. Seng*
                           UNITED STATES MAGISTRATE JUDGE