# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK RABBI STRONG,<br><br>        Plaintiff,<br><br>   v.<br><br>H. VILLAPUEDA,<br><br>        Defendant.<br>_____/ | CASE NO. 1:04-cv-5331-AWI-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION<br><br>(ECF No. 56)<br><br>PLAINTIFF'S RESPONSE DUE 2/23/2011 |

On February 1, 2011, Defendant filed a Motion to Dismiss. (ECF No. 56.) By Local Rule, Plaintiff is required to file an opposition or a statement of non-opposition to the motion within twenty-one days. Local Rule 78-230(m).

Accordingly, not later than **February 23, 2011**, Plaintiff must file an opposition or a statement of non-opposition to Defendant's Motion to Dismiss. If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   February 3, 2011            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

1